AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Electronic Devices as particularly described in attachment A to the search warrant affidavit of SA Britton Lorenzen dated August 27, 2024

Case No. 3:24-cr-00726

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See description of Electronic Devices in attachment A of the affidavit of HSI Special Agent Britton Lorenzen

located in the _____ District of South Carolina, there is now concealed *(identify the person or describe the property to be seized)*:

See description of things to be seized in attachment B to the affidavit of HSI Special Agent Britton Lorenzen

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(b)(5) | Possession of child pornography |

The application is based on these facts:
See attached affidavit of HSI Special Agent Britton Lorenzen

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Britton B. Lorenzen*
Applicant's signature

Britton Lorenzen, Special Agent, HSI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference (FaceTime app) *(specify reliable electronic means)*.

Date: August 28, 2024

*Paige J. Gossett*
Judge's signature

City and state: Columbia, South Carolina

Paige J. Gossett, United States Magistrate Judge
Printed name and title